# *Memorandum*



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE | May 12, 2011 |

| To: | From: |
|---|---|
| ROBERT D. DENNIS<br>Court Clerk | Daniel P. Lennington, AUSA |

The following cases are related cases and should be assigned to the same judge:

(1)  *United States v. 35267 Little River Road, Tecumseh, OK*, CIV-11-517-HE.

(2)  *United States v. Lance E. Faulkner*, CR-11-046-D.

These cases are related cases pursuant to LCrR7.1 and LCvR 3.7 because:

(1)  They arise out of the same transaction or series of transactions, or common issues of fact; and

(2)  They involve the same defendant and claimant.

(3)  There are other reasons that would entail substantial duplication of labor if heard by a different judge.

DETAILS:   The criminal case is being handled by Judge DeGiusti.  The Indictment was filed February 3, 2011.