# United States District Court
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>v.  )<br>  )<br>REAL PROPERTY KNOWN AS  )<br>35267 LITTLE RIVER ROAD  )<br>TECUMSEH, OK 74873  )<br>TRACTS 5, 6, 7, 8 AND 11,  )<br>  )<br>             Defendant.  ) | **APPEARANCE**<br><br>CASE NUMBER: CIV-11-517-D |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for LANCE FAULKNER.  I certify that I am registered with the Court's ECF System and that I am admitted to practice in this court.

July 6, 2011                s/ William P. Earley
                                     William P. Earley, OBA #11293
                                     ASSISTANT FEDERAL PUBLIC DEFENDER
                                     Attorney for Defendant
                                     Office of the Federal Public Defender
                                     215 Dean A. McGee, Suite 109
                                     Oklahoma City, Oklahoma 73102
                                     Phone: 405-609-5930 / Facsimile: 405-609-5932
                                     E-Mail: william_earley@fd.org

## CERTIFICATE OF SERVICE

   X      I hereby certify that on Wednesday, July 6, 2011, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

                           Daniel P. Lennington
                     Assistant United States Attorney

                                     *s/ William P. Earley*
                                     William P. Earley